IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 22-347<br>***SEALED*** |
| DARQUIS DAVIS<br>a/k/a "Justice" | : | |

**ORDER**

AND NOW, this 30th day of May, 2024 upon consideration of the Government's Motion to Unimpound Information and Docket (Doc. #29), and the teleconference held between the parties and the Court on May 15, 2024, and after balancing the public right of access to court documents with the government's interest in protecting an ongoing criminal investigation and the safety of cooperating witnesses, it is hereby

**O R D E R E D**

that the Information and the accompanying docket papers are UNIMPOUNDED for the purpose of all further proceedings in the Eastern District of Pennsylvania, except that the following docket papers shall remain under seal in the interest of protecting the safety of cooperating witnesses: (1) Plea Documents, Dkts. 5, 7; (2) Motions to Continue and related Orders, Dkts. 9, 10, 11 and 12; (3) Sentencing Documents, Dkts. 16, 20, 23, 24 and 25, and (4) this instant Motion to Unimpound as well as the previously filed Motion to Unimpound, Dkt. 27.

BY THE COURT:

*Harvey Bartle III*
HONORABLE HARVEY BARTLE III
United States District Judge